456

587 A.2d 313

Don G. LAMPARSKI, Executor of the Estate of Henry C. Lamparski, Jr., Deceased, individually and on behalf of Sikov, Lamparski & Woncheck, a professional corporation organized and existing under the laws of the Commonwealth of Pennsylvania

v.

Irving SIKOV, William Woncheck and Sikov and Woncheck, a professional corporation organized and existing under the laws of the Commonwealth of Pennsylvania, Appellants.

Supreme Court of Pennsylvania.

Argued March 7, 1991.
Decided March 21, 1991.

Seymour A. Sikov, Sikov & Love, P.A., Pittsburgh, for appellants.

Henry H. Wallace, Wallace, Chapas & Associates, Maureen Dunn Harvey, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CAPPY, J., did not participate in the consideration or decision of this case.

LARSEN and PAPADAKOS, JJ., dissent.